Officer, who indicated he felt the sentence was excessive and recommended a reduction.

JUDGE SULLIVAN DISSENTS: The facts of this Defendant are different from that of the Co-Defendant. The juvenile he sold drugs to was only 14 years of age. His recommendation for sentence is 10 years.

We wish to thank Mr. Pat Sherlock, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

### SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff, vs. JOHNNY L. AHO, Defendant.

### DECISION

No. DC-82-040

The application of the above-named defendant for a review of the sentence of 15 years imposed on July 12, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The reports indicate that the victim was put in fear of her life, and the sentence was not out of line considering the surrounding circumstances, therefore the judgment shall be affirmed.

We wish to thank Dave Cotner, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

### SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff, vs. WARREN DOUGLAS HARTRY, Defendant.

### DECISION

No. DC-82-043

The application of the above-named defendant for a review of the sentence of 5 years imposed on July 14, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be amended to 5 years with 4 years suspended.

The amendment is based upon the fact the Defendant previously admitted committing a crime and the charges were dropped; however, the deferred imposition of sentence appeared in the presentence report.

This Board also finds that there is some doubt, according to the records, that the Defendant was even guilty of felony theft. He could have been charged with unauthorized use of a motor vehicle, which is a misdemeanor.

In a letter to this Court, the Deputy County Attorney recommended a suspension of a portion of the sentence and likewise, Mr. Donald Hossack, the Detective who investigated the case, recommended that the remainder of the sentence be suspended.

The 5-year sentence imposed was excessive under the circumstances.

We wish to thank Mr. Pat Sherlock, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From the District Court of the Thirteenth Judicial District, County of Yellowstone. STATE OF MONTANA, Plaintiff, vs. DANIEL TODD COLLINS, Defendant.

## DECISION

No. DC-81-328

The application of the above-named defendant for a review of the sentence of 20 years-Count 1; 35 years-Count II; 6 months-Count III; all concurrent    5 years-Weapon; consecutive    Dangerous imposed on May 28, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be amended to 20 years for Count I, Sexual Intercourse Without Consent; 20 years for Count II, Robbery; 6 months for Count III, Criminal Possession of Dangerous Drugs; all to run concurrently. Plus an additional 2 years for the use of a dangerous weapon to run consecutively to the sentences above. The dangerous offender status shall be retained.

The reasons for the amendment are because of the Defendant's extreme youth, and the new sentence brings it more in line with other sentences for the crime of robbery.

We wish to thank the Defendant, Mr. Collins, for presenting his own case to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan